In the Matter of the Claim of LENA ROSAWITZ, Respondent, against FICKS REED COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1936; decided December 1, 1936.)

*William Warren Dimmick* for appellants.

*Jeremiah F. Connor* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General* (*Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.